## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THOMAS H. SCHAEFER,

      Defendant.

Case No. 3:15-CR-30066-NJR

## ORDER REDUCING SENTENCE

**ROSENSTENGEL, Chief Judge:**

Now before the Court is Defendant Thomas Schaeffer's Motion for Sentence Reduction (Doc. 37) pursuant to 18 U.S.C. § 3582(c) and the United States Sentencing Guidelines Manual § 1B1.10, making Amendment 821 retroactive. The Government does not oppose the motion. (Doc. 38).

The parties agree that Defendant Schaeffer is eligible for a reduction under Part A of Amendment 821, which amended § 4A1.1(e) (2023) and concerns criminal history points ("status points") awarded because a defendant was under a criminal sentence when he or she committed the offense of conviction. Schaeffer's total offense level at sentencing was 33, and his criminal history category was IV, which provided for a guideline range between 188 and 235 months. The Court imposed a sentence of 188 months—at the low-end of the guideline range. (*See* Doc. 31). Under Amendment 821, Schaeffer's criminal history category is reduced from IV to III. Thus, the guideline sentencing range is lowered to a range of 168 to 210 months. With this lowered range, the

parties agree that a sentence reduction from 188 to 168 months is appropriate.

The Court agrees. Upon consideration of the Defendant's motion under 18 U.S.C. § 3582(c)(2) for a reduction of sentence pursuant to Part A of Amendment 821 to the Sentencing Guidelines, and considering the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court **GRANTS** Defendant Schaeffer's motion (Doc. 37) and **ORDERS** that his sentence be reduced to a term of **168 months**. All other terms of the judgment in this case shall remain unchanged. This Order shall take effect on **February 1, 2024**.

**IT IS SO ORDERED.**

**DATED:  January 19, 2024**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**